# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Stephanie Stein, ) | |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| vs. ) | |
| ) | |
| ) | Case No. 1:18-cv-209 |
| Rodney Spendlove and ) | |
| Sherman Xpress, LLC, ) | |
| ) | |
| Defendants. ) | |

Before the Court is a "Stipulation of Dismissal with Prejudice" filed on September 26, 2019. See Doc. No. 17. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 17) and **ORDERS** all claims by and between the parties be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 30th day of September, 2019.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court